(*Counsel of record listed on next page*)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH WELDAY, an individual<br><br>Plaintiff,<br><br>vs.<br><br>RITE AID CORPORATION, and DOES 1 through 50, inclusive,<br><br>Defendants | No. 2:13-CV-02439 JAM-EFB<br><br>*Related to Nos.*<br>2:14-CV-01946 JAM-EFB;<br>2:14-CV-01957 JAM-EFB;<br>2:14-CV-01960 JAM-EFB;<br>2:14-CV-01961 JAM-EFB;<br>2:14-CV-01963 JAM-EFB;<br>2:14-CV-01965 JAM-EFB;<br>2:15-CV-00429 JAM-EFB;<br>2:15-CV-00622 JAM-EFB;<br>2:15-CV-00623 JAM-EFB;<br>2:15-CV-02150 JAM-EFB;<br>1:15-CV-01721 JAM-EFB;<br>2:15-CV-02396 JAM-EFB;<br>1:15-CV-01748 JAM-EFB;<br>2:15-CV-02597 JAM-EFB;<br>1:15-CV-01872 JAM-EFB;<br>1:15-CV-01874 JAM-EFB;<br>2:15-CV-02594 JAM-EFB;<br>2:16-CV-00174 JAM-EFB;<br>2:16-CV-00211 JAM-EFB.<br><br>**ORDER GRANTING STIPULATION TO CONTINUE MAY 18, 2016 STATUS CONFERENCE TO MAY 25, 2016**<br><br>Judge:        Hon. John A. Mendez |

ORDER GRANTING STIPULATION TO CONTINUE
5/18/16 STATUS CONFERENCE TO 5/25/16
U.S.D.C., E.D. Cal., No. 2:13-CV-02439 JAM-EFB

LEGAL_US_W # 85736682.1

1  MATTHEW RIGHETTI (Cal. State Bar No. 121012)
   JOHN GLUGOSKI (Cal. State Bar No. 191551)
2  MICHAEL RIGHETTI (Cal. State Bar No. 258541)
   RIGHETTI GLUGOSKI, P.C.
3  456 Montgomery Street, Suite 1400
   San Francisco, California 94104
4  Telephone:   (415) 983-0900
   Facsimile:   (415) 397-9005
5  matt@righettilaw.com
   john@righettilaw.com
6  mike@righettilaw.com

7  Attorneys for Plaintiffs

8  JEFFREY D. WOHL (Cal. State Bar No. 096838)
   JUSTIN M. SCOTT (Cal. State Bar No. 302502)
9  PAUL HASTINGS LLP
   55 Second Street, 24th Floor
10 San Francisco, California 94105-3441
   Telephone:   (415) 856-7000
11 Facsimile:   (415) 856-7100
   jeffwohl@paulhastings.com
12 justinscott@paulhastings.com

13 Attorneys for Defendant
   Rite Aid Corporation

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER GRANTING STIPULATION TO CONTINUE
5/18/16 STATUS CONFERENCE TO 5/25/16
U.S.D.C., E.D. Cal., No. 2:13-CV-02439 JAM-EFB

LEGAL_US_W # 85736682.1

1  On the stipulation of the parties, and good cause appearing therefor,

2  IT IS ORDERED that the status conference in these related actions is continued to May 25, 2016, at 9:30 a.m.  The parties shall file a single joint status report no later than May 18, 2016.

4  Dated:  May 4, 2016

/s/ John A. Mendez
John A. Mendez
United States District Court Judge

ORDER GRANTING STIPULATION TO CONTINUE
5/18/16 STATUS CONFERENCE TO 5/25/16
U.S.D.C., E.D. Cal., No. 2:13-CV-02439 JAM-EFB

LEGAL_US_W # 85736682.1