1

2

3

4

5

6

7                       UNITED STATES DISTRICT COURT

8                     EASTERN DISTRICT OF CALIFORNIA

9

10   LARRY JONES, an individual,      )  Case No. 2:17-CV-01527 MCE-CKD
                                       )
11                                     )  **RERELATED CASE ORDER**
                         Plaintiffs,   )  Related to Nos.:
12                                     )  2:13-CV-02439 JAM-EFB
          v.                           )  2:14-CV-01946 JAM-EFB
13                                     )  2:14-CV-01957 JAM-EFB
                                       )  2:14-CV-01960 JAM-EFB
14   RITE AID CORPORATION, and DOES 1 )   2:14-CV-01961 JAM-EFB
     through 50, inclusive,            )  2:14-CV-01963 JAM-EFB
15                                     )  2:14-CV-01965 JAM-EFB
                                       )  1:15-CV-01721 JAM-EFB
16                       Defendants.   )  1:15-CV-01748 JAM-EFB
                                       )  1:15-CV-01872 JAM-EFB
17                                     )  1:15-CV-01874 JAM-EFB
                                       )  2:15-CV-00429 JAM-EFB
18                                     )  2:15-CV-00622 JAM-EFB
                                       )  2:15-CV-00623 JAM-EFB
19                                     )  2:15-CV-02150 JAM-EFB
                                       )  2:15-CV-02396 JAM-EFB
20                                     )  2:15-CV-02594 JAM-EFB
                                       )  2:15-CV-02597 JAM-EFB
21                                     )  2:16-CV-00174 JAM-EFB
                                       )  2:16-CV-00211 JAM-EFB
22   _____ )  2:16-CV-01028 JAM-EFB

23        Examination of the above-entitled actions reveals that these

24   actions are related within the meaning of Local Rule 123 (E.D. Cal.

25   2005).  Accordingly, the assignment of the matters to the same

26   judge and magistrate judge is likely to affect a substantial

27   savings of judicial effort and is also likely to be convenient for

28   the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the District Judge assignment in the action denominated 2:17-CV-00127 MCE-CKD be reassigned to District Judge John A. Mendez and Magistrate Judge Edmund F. Brennan for all further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:17-CV-01527 JAM-EFB.

IT IS SO ORDERED.

Dated:  July 25, 2017

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge