| | |
|---|---|
| 1 | MATTHEW RIGHETTI (Cal. State Bar No. 121012) |
| | JOHN GLUGOSKI (Cal. State Bar No. 191551) |
| 2 | MICHAEL RIGHETTI (Cal. State Bar No. 258541) |
| | RIGHETTI·GLUGOSKI, P.C. |
| 3 | 456 Montgomery Street, Suite 1400 |
| | San Francisco, California 94104 |
| 4 | Telephone: (415) 983-0900 |
| | Facsimile: (415) 397-9005 |
| 5 | |
| | Attorneys for Plaintiff |
| 6 | Robert L. Hollandsworth |
| 7 | JEFFREY D. WOHL (Cal. State Bar No. 096838) |
| | JUSTIN M. SCOTT (Cal. State Bar No. 302502) |
| 8 | W. TUCKER PAGE (Cal. State Bar No. 306728) |
| | PAUL HASTINGS LLP |
| 9 | 101 California Street, 48th Floor |
| | San Francisco, California 94111 |
| 10 | Telephone: (415) 856-7000 |
| | Facsimile: (415) 856-7100 |
| 11 | jeffwohl@paulhastings.com |
| | justinscott@paulhastings.com |
| 12 | tuckerpage@paulhastings.com |
| 13 | Attorneys for Defendant |
| | Rite Aid Corporation |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT L. HOLLANDSWORTH, | No. 2:15-cv-02597-JAM-EFB |
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | |
| RITE AID CORPORATION, and DOES 1 through 50 inclusive, | Judge: Hon. John A. Mendez |
| | Complaint Filed: April 10, 2015 |
| Defendants. | |

Pursuant to the stipulation of the parties, and good cause appearing therefor,

IT IS ORDERED that this action be and hereby is DISMISSED WITH PREJUDICE, each side to bear its own costs and attorneys' fees.

Dated: 12/11/17                                      /s/ John A. Mendez_____
                                                              Hon. John A. Mendez
                                                              United States District Court Judge

LEGAL_US_W # 92268635.1